# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-277
Lower Tribunal No. 08-CA-025924

_____

JOSE BASERVA,

Appellant,

v.

PM GROUP INTERNATIONAL, INC., and on behalf of NORTH 41 INVESTORS, LLC,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
James Shenko, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and WHITE, JJ., concur.


Jose Baserva, Fort Myers, pro se.

Jack C. Morgan, III, and Scott J. Hertz, of Aloia Roland Lubell & Morgan PLLC, Fort Myers, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED